# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ACE ALUMINUM & GLASS CORP.,**
a Florida Corporation,
Appellant,

v.

**CBJ CONSTRUCTION, INC.,**
a Florida Corporation,
Appellee.

No. 4D20-0380

[November 12, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE17-015759 (18).

Alex Arreaza of The Arreaza Law Firm, LLC, Wilton Manors, for appellant.

E. Scott Golden and Brandon D. Cole of Golden Law, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***